CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
MARTHA RUSS SHIPPING COMPANY LIMITED
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARTHA RUSS SHIPPING COMPANY LIMITED,

                          Plaintiff,

                                  08 CV 2847 (HB)

        v.

                                  **RULE 7.1 STATEMENT**

BRANSFORD INTERNATIONAL LIMITED,
and
QC GROUP d/b/a
QC SHIPPING PTE LTD. and
QC SHIPPING LIMITED and
QC CONTAINER LINES LIMITED,

                        Defendants.
------------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, MARTHA RUSS SHIPPING COMPANY LIMITED, certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
          March 18, 2008

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
MARTHA RUSS SHIPPING COMPANY
LIMITED

By: _____
Owen F. Duffy (ØD-3144)
George E. Murray (GM-4172)
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605