CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
MARTHA RUSS SHIPPING COMPANY LIMITED
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARTHA RUSS SHIPPING COMPANY LIMITED,

      Plaintiff,

   v.

BRANSFORD INTERNATIONAL LIMITED,
and
QC GROUP d/b/a
QC SHIPPING PTE LTD. and
QC SHIPPING LIMITED and
QC CONTAINER LINES LIMITED,

      Defendants.
-----------------------------------------------------------------X

08 CV 2847 (HB)

**ORDER APPOINTING
A SPECIAL PROCESS
SERVER**

  An application having been made by Plaintiff for an Order Appointing a Special

Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

  NOW, on reading and filing the affidavit of Owen F. Duffy, sworn to the 18th day

of March, 2008, and good cause having been shown, it is hereby

  **ORDERED**, that any associate, agent or paralegal of Chalos, O'Connor & Duffy,

LLP be and is hereby appointed, in addition to the United States Marshal, to serve the

Process of Maritime Attachment and Garnishment and Verified Complaint upon the

garnishee(s) listed in the Complaint, together with any other garnishee(s) who, based

upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on

account of, the Defendants BRANSFORD INTERNATIONAL LIMITED and/or QC GROUP d/b/a QC SHIPPING PTE LTD. and QC SHIPPING LIMITED and QC CONTAINER LINES LIMITED.

Dated: New York, New York
March 16, 2008

SO ORDERED:

_____
U. S. D. J.