UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MARTHA RUSS SHIPPING COMPANY    :
LIMITED,                                                           :
                                                                          :
                            Plaintiff,                            :
                                                                          :           08 Civ. 2847 (HB)
          - against -                                             :           ECF CASE
                                                                          :
BRANSFORD INTERNATIONAL             :           **RESTRICTED APPEARANCE**
LIMITED, et al                                                 :
                                                                          :
                            Defendants.                      :
------------------------------------------------------X

      PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Defendant, QC Shipping PTE Ltd. hereby appears pursuant to Rule E (8), "Restricted Appearance" in the above-captioned action and that the undersigned has been retained as attorneys for said Defendant and demands that a copy of all pleadings and papers in this action be served upon the undersigned at the office address stated below.

Dated: New York, NY
      April 24, 2008

                                         Respectfully,
                                         TISDALE LAW OFFICES,

                         By: _____
                                       Lauren C. Davies (LD1980)
                                       11 West 42nd Street, Suite 900
                                       New York, NY 10036
                                       Tel.: 212-354-0025
                                       Fax: 212-869-0067
                                       ldavies@tisdale-law.com