U.S. ... JUDGE
S.D.N.Y

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
MARTHA RUSS SHIPPING COMPANY LIMITED
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MARTHA RUSS SHIPPING COMPANY LIMITED,

Plaintiff,

v.

BRANSFORD INTERNATIONAL LIMITED,
and
QC GROUP d/b/a
QC SHIPPING PTE LTD. and
QC SHIPPING LIMITED and
QC CONTAINER LINES LIMITED,

Defendants.

---------------------------------------------------------------X

08 CV 2847 (HB)

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED,** between Plaintiff, MARTHA RUSS SHIPPING COMPANY LIMITED, and Defendant QC SHIPPING PTE LTD., that:

The funds attached in the above-captioned case pursuant to this Court's Order of March 18, 2008 and the Process of Maritime Attachment issued pursuant to that Order, totaling $187,550.63, plus any interest that may have accrued, shall be deposited by the garnishees HSBC Bank ($25,000.00), Bank of New York Mellon ($35,000.00) and Citibank, N.A. ($127,550.63) into the Registry of the Court, and such funds shall be held in an interest bearing account or other interest-bearing instrument as security for the Plaintiff's claim against the Defendant QC SHIPPING PTE LTD. until such time that this case is resolved by

settlement or judgment and the Court orders disbursement of the funds in accordance with the terms of any settlement or judgment; and

IT IS HEREBY FURTHER STIPULATED AND AGREED that once the funds attached in the above captioned case have been received into the Registry of the Court as per the terms stated here, that this case shall be stayed as to Defendant QC Shipping PTE Ltd. pending the outcome of the ongoing London Arbitration.

CHALOS O'CONNOR & DUFFY LLP
Attorneys for Plaintiff,
MARTHA RUSS SHIPPING CO. LTD.

By: ______________________
Owen F. Duffy (OD-3144)
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Telefax: (516) 767-3605

Dated: Port Washington, New York
August 15, 2007

TISDALE LAW OFFICES, LLC
Attorneys for Defendant,
QC SHIPPING PTE LTD.

By: ______________________
Lauren C. Davies (LD 1980)
11 West 42nd Street, Suite 900
New York, New York 10036
Tel: (212) 354-0025
Telefax: (212) 869-0067

Dated: New York, New York
August 15, 2007

**WHEREAS,** the parties have agreed to have the attached funds in this ease totaling $187,550.63, plus any interest earned, deposited into Court's Registry Investment System "CRIS Account", to be held as security for plaintiff's claim pending the ultimate resolution of the case,

WHEREAS, the parties have agreed that upon completion of same that this case is to be stayed as to Defendant QC Shipping PTE Ltd. pending the outcome of the ongoing London Arbitration,

**IT IS HEREBY ORDERED** that each and every garnishee in this action that has

attached funds in the name of QC Shipping PTE Ltd. case pursuant to this Court's Order of March 18, 2008 and the Process of Maritime Attachment issued pursuant to that Order, including, but not limited to, HSBC Bank, Bank of New York Mellon and Citibank, N.A., are directed to deposit forthwith any and all attached funds in this matter into the Registry of the Court for the Southern District of New York's Court's Registry Investment System "CRIS Account" where they will be held on account as security for Plaintiff's claim against the Defendant QC Shipping PTE Ltd. until such time that this case is resolved by settlement or judgment and the Court orders disbursement of the funds in accordance with the terms of any settlement or judgment.

The Court Registry Investment System can accept a wire transfer at the following details:

| | |
|---|---|
| Bank: | U.S. Treasury |
| Agency Locator: | 4654 |
| Routing Number: | 021030004 |
| Comments Field: | 08 CV 2847 (HB) |
| | (Martha Russ Shipping Co. Ltd. v. Bransford Intl Ltd.) |

IT IS FURTHER ORDERED that following the receipt of the attached funds in the name of QC Shipping PTE. Ltd. into the Registry of the Court, that this action shall be stayed as to QC Shipping PTE Ltd. pending the outcome of London Arbitration.

I don't believe in keeping active cases for as long as this may take, I am adding it to my suspense calendar but less than if a year goes by w/o hearing from you the matter will be dismissed 18 August 09

Dated: New York, New York
August 18 2008

SO ORDERED:

Harold Baer

Honorable Harold Baer, Jr., U.S.D.J.

Endorsement:

I don't believe in keeping active cases for as long as this may take, I am adding it to my suspense calendar but even there if a year goes by without hearing from you the matter will be dismissed.