CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
MARTHA RUSS SHIPPING COMPANY LIMITED
366 Main Street
Port Washington, New York 11050
Tel:  (516) 767-3600 / Fax:  (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARTHA RUSS SHIPPING COMPANY LIMITED,

      Plaintiff,

      08  CV  2847 (HB) ECF Case

  v.

**NOTICE OF APPEARANCE**

BRANSFORD INTERNATIONAL LIMITED,
and
QC GROUP d/b/a
QC SHIPPING PTE LTD. and
QC SHIPPING LIMITED and
QC CONTAINER LINES LIMITED,

      Defendants.
------------------------------------------------------------X

  PLEASE TAKE NOTICE, that George E. Murray of Chalos, O'Connor & Duffy, LLP hereby enters an appearance on behalf of Plaintiff MARTHA RUSS SHIPPING COMPANY LIMITED.

Dated: Port Washington, New York
   August 25, 2008

           CHALOS, O'CONNOR & DUFFY, LLP
           Attorneys for Plaintiff,
           MARTHA RUSS SHIPPING COMPANY LTD.

     By: _____
           George E. Murray (GM-4172)
           366 Main Street
           Port Washington, New York 11050
           Tel:  (516) 767-3600 / Fax:  (516) 767-3605
           gmurray@codus-law.com